```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   SOBEIDA M. RIVERA,                                         :
                                                              :
                                                              :
                                       Plaintiff,             :
                                                              :    1:21-cv-01003-GHW
                       -against-                              :
                                                              :         ORDER
                                                              :
   TOYOTA LEASE TRUST and ARLENI                              :
   DELGADO TAVAREZ,                                           :
                                                              :
                                       Defendants.            :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2021

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of Bronx, on February 4, 2021. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than February 18, 2021. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED.

Dated: February 8, 2021

_____
GREGORY H. WOODS
United States District Judge